UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHNNY OWINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:18-CV-007-HBG |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REMAND UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

Before the Court are the Parties' Joint Motion to Remand [Doc. 28] and Plaintiff's Motion for Summary Judgment [Doc. 27]. For the reasons stated herein, the Parties' Joint Motion [**Doc. 28**] will be **GRANTED**, and Plaintiff's Motion [**Doc. 27**] will be **DENIED AS MOOT**.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97–98 (1991).

Upon receipt of the Court's remand order, the Appeals Council of the Social Security Administration shall issue a fully favorable decision finding Plaintiff disabled as of his alleged onset date of July 27, 2013. Accordingly, the Parties' Joint Motion [**Doc. 28**] is hereby

**GRANTED**, and Plaintiff's Motion for Summary Judgment [**Doc. 27**] is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT